■  EDWARD J. TOBIN et al., Respondents, v. HARRY L. ZARETZKY, Appellant.— In an action to recover a balance due on the sale of real property, the appeal is from an order denying a motion to dismiss the complaint for lack of prosecution (Civ. Prac. Act, § 181; Rules Civ. Prac., rule 156). Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.